Filed 12/20/2021

COMMONWEALTH OF PENNSYLVANIA  :  IN THE SUPERIOR COURT OF
                                             :  PENNSYLVANIA
                                             :
          v.                                  :  Bucks County Criminal Division
                                             :  CP-09-CR-0000738-2020
                                             :
JONATHAN RICHARDS                      :
                                             :
          Appellant                      :  No. 1673 EDA 2020

## ORDER

Upon consideration of the application for reargument filed by the Commonwealth of Pennsylvania, **IT IS HEREBY ORDERED**:

THAT *en banc* reargument is **GRANTED**;

THAT the decisions of this Court filed October 8, 2021, are withdrawn;

THAT the case be listed before the next available *en banc* panel;

THAT the case shall be listed consecutively with the *en banc* appeal listed at Superior Court Docket No. 282 MDA 2021;

THAT Appellant, Jonathan Richards, shall file an original and ten (10) copies of either the brief previously filed, the brief previously filed together with a supplemental brief, or a substituted Brief for Appellant by January 10, 2022, along with an original and ten (10) copies of the reproduced record. Appellee, the Commonwealth of Pennsylvania, shall thereafter have twenty-one (21) days after service to file an original and ten (10) copies of the brief previously filed, the brief previously filed together with a supplemental brief, or a substituted Brief for Appellee. Appellant shall thereafter have fourteen (14) days after service to file an original and ten (10) copies of a reply brief in accordance with Pa.R.A.P. 2113(a), if desired. No other briefs may be filed by the parties without leave of this Court; AND

THAT any substituted briefs shall clearly indicate on the cover page that they are substituted briefs or, if a party chooses to file the original and supplemental briefs, the supplemental briefs shall clearly indicate on the cover page that they are supplemental.

PER CURIAM